IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DEMONSE M. RADLEY )
)
v. ) NO. 3-14-2008
) JUDGE CAMPBELL
SHERIFF DARON HALL, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 49), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion for Summary Judgment (Docket No. 43) is GRANTED, and this action is DISMISSED. The Court also notes that Plaintiff has failed to keep the Court apprised of his address and, thus, has failed to obey Orders of the Court.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. As found by the Magistrate Judge, any appeal from this Order would not be certified as taken in good faith.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE